

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00229-CV

Paul J. **KITTLE**, Jr.,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER appellant Paul J. Kittle, Jr. to pay the costs of this appeal.

SIGNED October 6, 2021.

_____
Beth Watkins, Justice